UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Sahagun, Fernando | § | Case No. 17-07721 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/13/2017. The undersigned trustee was appointed on 03/14/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 9,999.92 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 3.96 |
| Bank Service Fees | | 165.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 9,830.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/26/2017 and the deadline for filing governmental claims was 09/26/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,749.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,749.99, for a total compensation of $1,749.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.00 for total expenses of $9.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  11/02/2018          By :  /s/ Joseph A. Baldi
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-07721                     Judge: Timothy A. Barnes                     Trustee Name: Joseph A. Baldi
Case Name: Sahagun, Fernando                                                       Date Filed (f) or Converted (c): 03/13/2017 (f)
                                                                                   341(a) Meeting Date: 04/19/2017
For Period Ending: 11/02/2018                                                      Claims Bar Date: 09/26/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 2. Ring, Watch | 50.00 | 0.00 | | 0.00 | FA |
| 3. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 4. Citibank checking account | 10.00 | 0.00 | | 0.00 | FA |
| 5. Citibank savings account | 20.00 | 0.00 | | 0.00 | FA |
| 6. Fifth Third Bank checking account #8046 | 350.00 | 0.00 | | 0.00 | FA |
| 7. El Tipico, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8. City of Chicago business license for El Tipico, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 9. Anticipated 2016 Federal tax refund | 1,100.00 | 0.00 | | 0.00 | FA |
| 10. 2014 Mini Cooper | 11,275.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Toyota Sequoia 4D | 8,000.00 | 0.00 | | 0.00 | FA |
| 12. 2003 Chevrolet Express 1500 3D Cargo Van | 500.00 | 0.00 | | 0.00 | FA |
| 13. Possible claim arising out of loss of Debtor's business inventory | Unknown | 0.00 | | 0.00 | FA |
| 14. Beds, Dressers, Sofa, Coffee Table, End Tables, Kitchen Table & Chairs, Small Appliances, Lamps, Flatware, Utensils | 500.00 | 0.00 | | 0.00 | FA |
| 15. TV, Radio, DVD Player, Cell Phones | 500.00 | 0.00 | | 0.00 | FA |
| 16. Books, Pictures, Family Photos, CDs, DVDs, Games | 50.00 | 0.00 | | 0.00 | FA |
| 17. Fraudulent conveyance claim against debtor's daughter for sale of house for less than full value (u) | Unknown | 15,000.00 | | 9,999.92 | FA |
| 18. Claim v E&F Navarez | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-07721   Judge: Timothy A. Barnes   Trustee Name: Joseph A. Baldi
Case Name: Sahagun, Fernando   Date Filed (f) or Converted (c): 03/13/2017 (f)
341(a) Meeting Date: 04/19/2017
For Period Ending: 11/02/2018   Claims Bar Date: 09/26/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 22,655.00 | 15,000.00 | | 9,999.92 | 0.00 |

Re Prop. #7   Debtor's flea market business; Business is closed after March 2016 fire 100 %
Re Prop. #9   (based on 2015 Federal tax return Debtor received Earned Income Credit of $3,359)
Re Prop. #13   Fire occurred in March 2016 at the Buyer's Flea Market business and destroyed inventory; Debtor did not have insurance; Debtor spoke to attorneys about suing owners of The Buyer's Market, Inc. and with other vendors at the Buyer's Flea Market retained attorney James J Lessmeister to take their case on a contingency basis but that attorney has withdrawn from representing Debtor with no lawsuit filed
Re Prop. #17   Trustee settled with Debtor and his daughter, pursuant to this Court's order dated 10/10/17 [Dkt. 27] for recovery of $10,000.00 on account of the alleged fraudulent conveyance.
Trustee abandon's the unpaid balance totaling $.08 as inconsequential and of no value to estate
Re Prop. #18   In September 2016, Debtor invested $7,000 into his friends', Elizabeth and Fransisco Navarez, grocery store as the store was having financial problems; Fransisco Navarez died and the grocery store closed.
Loan uncollectible.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 2, 2018 - Trustee collected all remaining payments due under the approved settlement.  Debtor inadvertently paid $.08 less than the amount due as the final installment.  Trustee will abandon the unpaid $.08 at closing as inconsequential and of no value to the Estate.  Trustee reviewed all claims.  Trustee identified an invalidly filed secured claim.  Trustee contacted said creditor and the claim was withdrawn.  Trustee prepared his TFR.

July 10, 2018 - Trustee settled with Debtor and his daughter, pursuant to this Court's order dated October 10, 2017 [Dkt. 27], for recovery of $10,000.00 on account of Estate's claim for fraudulent conveyance.  Pursuant to this Court's order, the settlement proceeds were to be paid in installments.  Upon recovering all payments due, Trustee will conduct a claims review and analysis; resolve claims issues, if any; attend to any Estate tax matters; and proceed to prepare his TFR.

June 20, 2017 - Negotiating with debtor's attorney to settle fraudulent conveyance issues.  Extended time to object to discharge for 60 days.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07721 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | Sahagun, Fernando | | | Date Filed (f) or Converted (c): | 03/13/2017 (f) |
| | | | | 341(a) Meeting Date: | 04/19/2017 |
| For Period Ending: | 11/02/2018 | | | Claims Bar Date: | 09/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :**          **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**        /s/Joseph A. Baldi                       **Date:**   11/02/2018
                             Joseph A. Baldi
                             P.O. Box 2399
                             Glen Ellyn, IL 60138-2399
                             Phone : (312) 726-8150

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 17-07721 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Sahagun, Fernando | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5625 Checking Account |
| Taxpayer ID No: | **-***6518 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/2/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/21/2017 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 - initial payment [Dkt. 27] | 1241-000 | 2,000.00 | | 2,000.00 |
| 10/02/2017 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (1 of 12) | 1241-000 | 666.66 | | 2,666.66 |
| 11/02/2017 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (2 of 12) | 1241-000 | 666.66 | | 3,333.32 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,318.32 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,303.32 |
| 12/05/2017 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (3 of 12) | 1241-000 | 666.66 | | 3,969.98 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,954.98 |
| | | | Page Subtotals | | 3,999.98 | 45.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07721 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Sahagun, Fernando | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5625 Checking Account |
| Taxpayer ID No: | **-***6518 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/2/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/04/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (4 of 12) | 1241-000 | 666.66 | | 4,621.64 |
| 02/02/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (5 of 12) | 1241-000 | 666.66 | | 5,288.30 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 5,273.30 |
| 02/14/2018 | 51001 | international Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 3.96 | 5,269.34 |
| 03/05/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (6 of 12) | 1241-000 | 666.66 | | 5,936.00 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 5,921.00 |
| 04/03/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (7 of 12) | 1241-000 | 666.66 | | 6,587.66 |
| | | | Page Subtotals | | 2,666.64 | 33.96 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07721 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | Sahagun, Fernando | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5625 Checking Account |
| Taxpayer ID No: | **-***6518 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/2/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,572.66 |
| 05/02/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (8 of 12) | 1241-000 | 666.66 | | 7,239.32 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,224.32 |
| 06/04/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (9 of 12) | 1241-000 | 666.66 | | 7,890.98 |
| 06/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,875.98 |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,860.98 |
| | | | Page Subtotals | | 1,333.32 | 60.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-07721 | Trustee Name: Joseph A. Baldi |
| Case Name: Sahagun, Fernando | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5625 Checking Account |
| Taxpayer ID No: **-***6518 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/2/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/09/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (10 of 12) | 1241-000 | 666.66 | | 8,527.64 |
| 08/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 8,512.64 |
| 08/08/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Potential Claim for Fraudulent Transfer (11 of 12) | 1241-000 | 666.66 | | 9,179.30 |
| 09/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,164.30 |
| 09/18/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Potential Claim for Fraudulent Transfer (12 of 12) | 1241-000 | 666.66 | | 9,830.96 |
| | | | | Page Subtotals | 1,999.98 | 30.00 | |

|  |  |  |
|---|---:|---:|
| **COLUMN TOTALS** | 9,999.92 | 168.96 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 9,999.92 | 168.96 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 9,999.92 | 168.96 |

UST Form 101-7-TFR (5/1/2011) (Page 9)                                                                                                 **Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 17-07721 |
| Case Name: | Sahagun, Fernando |
| Taxpayer ID No: | **-***6518 |
| For Period Ending: | 11/2/2018 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5625 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | | 9,999.92 |
| All Accounts Gross Disbursements: | | 168.96 |
| All Accounts Net: | | 9,830.96 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5625 Checking Account | 9,999.92 | 168.96 | |
| **Net Totals** | 9,999.92 | 168.96 | 9,830.96 |

UST Form 101-7-TFR (5/1/2011) (Page 10)  **Exhibit B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case: 17-07721 | | | | | | | Joseph A. Baldi |
| Sahagun, Fernando | | | | | | | CLAIMS REGISTER |
| | | | | | | | EXHIBIT C Page 1 |

Claims Bar Date: 09/26/17    Government Bar Date: 09/26/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100 | 0.00 | 1,749.99 | 1,749.99 | 0.00 | 1,749.99 |
| | Joseph A. Baldi<br>P.O. Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee expenses | 2200 | 0.00 | 9.00 | 9.00 | 0.00 | 9.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110 | 0.00 | 1,017.50 | 1,017.50 | 0.00 | 1,017.50 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **2,776.49** | **2,776.49** | **0.00** | **2,776.49** |
| 00002 | BMW Bank of North America<br>BMW Bank of North America 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118<br><br>Filed: 07/12/17<br>Withdrawn 11/2/18 [Dkt 30] | 4110 | 14,001.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SECURED TOTAL** | | | **14,001.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| 00001 | Discover Bank Discover<br>PO Box 3025<br>New Albany, OH 43054<br>Filed: 06/29/17 | 7100 | 8,936.00 | 8,936.84 | 8,936.84 | 0.00 | 8,936.84 |
| 00003 | American Express Bank FSB<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 07/20/17 | 7100 | 16,680.00 | 16,680.11 | 16,680.11 | 0.00 | 16,680.11 |
| 00004 | American Express Bank FSB<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 07/31/17 | 7100 | 4,095.00 | 4,095.93 | 4,095.93 | 0.00 | 4,095.93 |
| 00005 | Bureaus Investment Group<br>PO Box 41021<br>Norfolk, VA 23541<br>Filed: 08/15/17 | 7100 | 2,701.00 | 2,815.82 | 2,815.82 | 0.00 | 2,815.82 |

Case: 17-07721  
Sahagun, Fernando

Joseph A. Baldi  
CLAIMS REGISTER  
EXHIBIT C Page 2

Claims Bar Date: 09/26/17    Government Bar Date: 09/26/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00006 | Midland Credit<br>PO Box 2011<br>Warren, MI 48090<br>Filed: 09/13/17 | 7100 | 2,563.00 | 2,563.21 | 2,563.21 | 0.00 | 2,563.21 |
| 00007 | Synchrony Bank c/o PRA<br>PO Box 41021<br>Norfolk, VA 23541<br>Filed: 09/25/17 | 7100 | 5,742.00 | 5,742.00 | 5,742.00 | 0.00 | 5,742.00 |
| 00008 | COMENITY CAPITAL BANK<br>2001 Western Ave Ste 400<br>Seattle, WA 98121<br>Filed: 09/26/17 | 7100 | 4,113.50 | 4,271.09 | 4,271.09 | 0.00 | 4,271.09 |
| **UNSECURED TOTAL** | | | **44,830.50** | **45,105.00** | **45,105.00** | **0.00** | **45,105.00** |
| **REPORT TOTALS** | | | **58,831.50** | **47,881.49** | **47,881.49** | **0.00** | **47,881.49** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   17-07721
Case Name:  Sahagun, Fernando

Trustee Name:   Joseph A. Baldi

Balance on Hand $9,830.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00002 | BMW Bank of North America | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                                         $      0.00
Remaining Balance                                                             $  9,830.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 1,749.99 | $ 0.00 | $ 1,749.99 |
| Trustee, Expenses: Joseph A. Baldi | $ 9.00 | $ 0.00 | $ 9.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd | $ 1,017.50 | $ 0.00 | $ 1,017.50 |

Total to be paid for chapter 7 administrative expenses                        $  2,776.49
Remaining Balance                                                             $  7,054.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,105.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.6 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) Page 13

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc | $ 8,936.84 | $ 0.00 | $ 1,397.73 |
| 00003 | American Express Bank FSB c/o Becket | $ 16,680.11 | $ 0.00 | $ 2,608.79 |
| 00004 | American Express Bank FSB c/o Becket | $ 4,095.93 | $ 0.00 | $ 640.61 |
| 00005 | Bureaus Investment Group Portfolio | $ 2,815.82 | $ 0.00 | $ 440.40 |
| 00006 | Midland Credit Management, Inc. as | $ 2,563.21 | $ 0.00 | $ 400.89 |
| 00007 | Synchrony Bank c/o PRA Receivables | $ 5,742.00 | $ 0.00 | $ 898.05 |
| 00008 | COMENITY CAPITAL BANK C/O | $ 4,271.09 | $ 0.00 | $ 668.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 7,054.47 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE