UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Sahagun, Fernando | § | Case No. 17-07721 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,855.00 (Without deducting any secured claims) | Assets Exempt: $10,059.00 |
| Total Distributions to Claimants: $7,054.47 | Claims Discharged Without Payment: $96,162.54 |
| Total Expenses of Administration: $2,945.45 | |

3) Total gross receipts of $9,999.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,999.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $14,001.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $2,945.45 | $2,945.45 | $2,945.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $102,942.51 | $45,105.00 | $45,105.00 | $7,054.47 |
| **TOTAL DISBURSEMENTS** | $116,943.51 | $48,050.45 | $48,050.45 | $9,999.92 |

4) This case was originally filed under chapter 7 on 03/13/2017. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   04/12/2019                            By :   /s/ Joseph A. Baldi

                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance claim against debtor's daughter for sale of | 1241-000 | $9,999.92 |
| **TOTAL GROSS RECEIPTS** | | $9,999.92 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | BMW Bank of North America | 4110-000 | $14,001.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | $14,001.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2200-000 | NA | $9.00 | $9.00 | $9.00 |
| Joseph A. Baldi | 2100-000 | NA | $1,749.99 | $1,749.99 | $1,749.99 |
| Baldi Berg, Ltd | 3110-000 | NA | $1,017.50 | $1,017.50 | $1,017.50 |
| international Sureties, Ltd. | 2300-000 | NA | $3.96 | $3.96 | $3.96 |
| Texas Capital Bank | 2600-000 | NA | $165.00 | $165.00 | $165.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,945.45 | $2,945.45 | $2,945.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00008 | COMENITY CAPITAL BANK C/O | 7100-000 | $4,113.50 | $4,271.09 | $4,271.09 | $668.00 |
| 00007 | Synchrony Bank c/o PRA | 7100-000 | $5,742.00 | $5,742.00 | $5,742.00 | $898.05 |
| 00006 | Midland Credit Management, | 7100-000 | $2,563.00 | $2,563.21 | $2,563.21 | $400.89 |
| 00005 | Bureaus Investment Group | 7100-000 | $2,701.00 | $2,815.82 | $2,815.82 | $440.40 |
| 00004 | American Express Bank FSB c/o | 7100-000 | $4,095.00 | $4,095.93 | $4,095.93 | $640.61 |
| 00003 | American Express Bank FSB c/o | 7100-000 | $16,680.00 | $16,680.11 | $16,680.11 | $2,608.79 |
| 00001 | Discover Bank Discover Products | 7100-000 | $8,936.00 | $8,936.84 | $8,936.84 | $1,397.73 |
| | Chase Card Services | | $1,610.00 | NA | NA | $0.00 |
| | Citibusiness Card | | $56,502.01 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $102,942.51 | $45,105.00 | $45,105.00 | $7,054.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 17-07721 | **Judge:** Timothy A. Barnes | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** Sahagun, Fernando | | **Date Filed (f) or Converted (c):** 03/13/2017 (f) |
| | | **341(a) Meeting Date:** 04/19/2017 |
| **For Period Ending:** 04/12/2019 | | **Claims Bar Date:** 09/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 2.  Ring, Watch | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Dog | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Citibank checking account | 10.00 | 0.00 | | 0.00 | FA |
| 5.  Citibank savings account | 20.00 | 0.00 | | 0.00 | FA |
| 6.  Fifth Third Bank checking account #8046 | 350.00 | 0.00 | | 0.00 | FA |
| 7.  El Tipico, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8.  City of Chicago business license for El Tipico, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Anticipated 2016 Federal tax refund | 1,100.00 | 0.00 | | 0.00 | FA |
| 10.  2014 Mini Cooper | 11,275.00 | 0.00 | | 0.00 | FA |
| 11.  2006 Toyota Sequoia 4D | 8,000.00 | 0.00 | | 0.00 | FA |
| 12.  2003 Chevrolet Express 1500 3D Cargo Van | 500.00 | 0.00 | | 0.00 | FA |
| 13.  Possible claim arising out of loss of Debtor's business inventory | Unknown | 0.00 | | 0.00 | FA |
| 14.  Beds, Dressers, Sofa, Coffee Table, End Tables, Kitchen Table & Chairs, Small Appliances, Lamps, Flatware, Utensils | 500.00 | 0.00 | | 0.00 | FA |
| 15.  TV, Radio, DVD Player, Cell Phones | 500.00 | 0.00 | | 0.00 | FA |
| 16.  Books, Pictures, Family Photos, CDs, DVDs, Games | 50.00 | 0.00 | | 0.00 | FA |
| 17.  Fraudulent conveyance claim against debtor's daughter for sale of house for less than full value (u) | Unknown | 15,000.00 | | 9,999.92 | FA |
| 18.  Claim v E&F Navarez | Unknown | 0.00 | | 0.00 | FA |

**Exhibit 8**

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-07721**      Judge: **Timothy A. Barnes**      Trustee Name: **Joseph A. Baldi**

Case Name: **Sahagun, Fernando**      Date Filed (f) or Converted (c): **03/13/2017 (f)**

341(a) Meeting Date: **04/19/2017**

For Period Ending: **04/12/2019**      Claims Bar Date: **09/26/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

                                                                         **Gross Value of Remaining Assets**

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 22,655.00 | 15,000.00 | | 9,999.92 | 0.00 |

Re Prop. #7   Debtor's flea market business; Business is closed after March 2016 fire 100 %

Re Prop. #9   (based on 2015 Federal tax return Debtor received Earned Income Credit of $3,359)

Re Prop. #13   Fire occurred in March 2016 at the Buyer's Flea Market business and destroyed inventory; Debtor did not have insurance; Debtor spoke to attorneys about suing owners of The Buyer's Market, Inc. and with other vendors at the Buyer's Flea Market retained attorney James J Lessmeister to take their case on a contingency basis but that attorney has withdrawn from representing Debtor with no lawsuit filed

Re Prop. #17   Trustee settled with Debtor and his daughter, pursuant to this Court's order dated 10/10/17 [Dkt. 27] for recovery of $10,000.00 on account of the alleged fraudulent conveyance. Trustee abandon's the unpaid balance totaling $.08 as inconsequential and of no value to estate

Re Prop. #18   In September 2016, Debtor invested $7,000 into his friends', Elizabeth and Fransisco Navarez, grocery store as the store was having financial problems; Fransisco Navarez died and the grocery store closed. Loan uncollectible.

 Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**November 2, 2018 -** Trustee collected all remaining payments due under the approved settlement. Debtor inadvertently paid $.08 less than the amount due as the final installment. Trustee will abandon the unpaid $.08 at closing as inconsequential and of no value to the Estate. Trustee reviewed all claims. Trustee identified an invalidly filed secured claim. Trustee contacted said creditor and the claim was withdrawn. Trustee prepared his TFR.

**July 10, 2018 -** Trustee settled with Debtor and his daughter, pursuant to this Court's order dated October 10, 2017 [Dkt. 27], for recovery of $10,000.00 on account of Estate's claim for fraudulent conveyance. Pursuant to this Court's order, the settlement proceeds were to be paid in installments. Upon recovering all payments due, Trustee will conduct a claims review and analysis; resolve claims issues, if any; attend to any Estate tax matters; and proceed to prepare his TFR.

**June 20, 2017 -** Negotiating with debtor's attorney to settle fraudulent conveyance issues. Extended time to object to discharge for 60 days.

                                                          **Exhibit 8**

Page 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:**  17-07721
**Case Name:**  Sahagun, Fernando

**For Period Ending:**  04/12/2019

**Judge:**  Timothy A. Barnes

**Trustee Name:**  Joseph A. Baldi
**Date Filed (f) or Converted (c):**  03/13/2017 (f)
**341(a) Meeting Date:**  04/19/2017
**Claims Bar Date:**  09/26/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :**

**Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**   /s/Joseph A. Baldi
Joseph A. Baldi
P.O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

**Date:**  04/12/2019

UST Form 101-7-TDR (10/1/2010) (Page 7)

**Exhibit 8**

Page 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 17-07721 | |
| Case Name: | Sahagun, Fernando | |
| Taxpayer ID No: | **-***6518 | |
| For Period Ending: | 4/12/2019 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5625 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/21/2017 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 - initial payment [Dkt. 27] | 1241-000 | 2,000.00 | | 2,000.00 |
| 10/02/2017 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]  (1 of 12) | 1241-000 | 666.66 | | 2,666.66 |
| 11/02/2017 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]  (2 of 12) | 1241-000 | 666.66 | | 3,333.32 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,318.32 |
| 12/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,303.32 |
| 12/05/2017 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]  (3 of 12) | 1241-000 | 666.66 | | 3,969.98 |
| 01/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,954.98 |
| | | | Page Subtotals | | 3,999.98 | 45.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 17-07721 | | | Trustee Name: | Joseph A. Baldi | |
| Case Name: | Sahagun, Fernando | | | Bank Name: | Texas Capital Bank | |
| | | | | Account Number/CD#: | ******5625 Checking Account | |
| Taxpayer ID No: | **-***6518 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 4/12/2019 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/04/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (4 of 12) | 1241-000 | 666.66 | | 4,621.64 |
| 02/02/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (5 of 12) | 1241-000 | 666.66 | | 5,288.30 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 5,273.30 |
| 02/14/2018 | 51001 | international Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 3.96 | 5,269.34 |
| 03/05/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (6 of 12) | 1241-000 | 666.66 | | 5,936.00 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 5,921.00 |
| 04/03/2018 | [17] | Fernando Sahagun<br>5137 S Artesian Ave<br>Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (7 of 12) | 1241-000 | 666.66 | | 6,587.66 |

Page Subtotals          2,666.64          33.96

**Exhibit 9**

FORM 2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: | 17-07721 | | | | Trustee Name: | Joseph A. Baldi | |
| Case Name: | Sahagun, Fernando | | | | Bank Name: | Texas Capital Bank | |
| | | | | | Account Number/CD#: | ******5625 Checking Account | |
| Taxpayer ID No: | **-***6518 | | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 4/12/2019 | | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,572.66 |
| 05/02/2018 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]   (8 of 12) | 1241-000 | 666.66 | | 7,239.32 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,224.32 |
| 06/04/2018 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27]  (9 of 12) | 1241-000 | 666.66 | | 7,890.98 |
| 06/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,875.98 |
| 07/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,860.98 |
| | | | Page Subtotals | | 1,333.32 | 60.00 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|
| **Case No:** 17-07721 | | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** Sahagun, Fernando | | **Bank Name:** Texas Capital Bank |
| | | **Account Number/CD#:** ******5625 Checking Account |
| **Taxpayer ID No:** **-***6518 | | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/12/2019 | | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/09/2018 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Settlement - Potential Claim for Fraudulent Transfer per order 10/10/17 [Dkt. 27] (10 of 12) | 1241-000 | 666.66 | | 8,527.64 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 8,512.64 |
| 08/08/2018 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Potential Claim for Fraudulent Transfer (11 of 12) | 1241-000 | 666.66 | | 9,179.30 |
| 09/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,164.30 |
| 09/18/2018 | [17] | Fernando Sahagun 5137 S Artesian Ave Chicago, IL 60632 | Potential Claim for Fraudulent Transfer (12 of 12) | 1241-000 | 666.66 | | 9,830.96 |
| 01/29/2019 | 51002 | Joseph A. Baldi P.O. Box 2399 Glen Ellyn, IL 60138-2399 | Trustee's Compensation | 2100-000 | | 1,749.99 | 8,080.97 |
| 01/29/2019 | 51003 | Joseph A. Baldi P.O. Box 2399 Glen Ellyn, IL 60138-2399 | | 2200-000 | | 9.00 | 8,071.97 |

Page Subtotals   1,999.98   1,788.99

UST Form 101-7-TDR (10/1/2010) (Page 11)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 5

| | |
|---|---|
| **Case No:** 17-07721 | |
| **Case Name:** Sahagun, Fernando | |
| **Taxpayer ID No:** **-***6518 | |
| **For Period Ending:** 4/12/2019 | |

| | |
|---|---|
| **Trustee Name:** Joseph A. Baldi |
| **Bank Name:** Texas Capital Bank |
| **Account Number/CD#:** ******5625 Checking Account |
| **Blanket bond (per case limit):** 5,000,000.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/29/2019 | 51004 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 1,017.50 | 7,054.47 |
| 01/29/2019 | 51005 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 15.64% to Claim #00001 | 7100-000 | | 1,397.73 | 5,656.74 |
| 01/29/2019 | 51006 | American Express Bank FSB c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 15.64% to Claim #00003 | 7100-000 | | 2,608.79 | 3,047.95 |
| 01/29/2019 | 51007 | American Express Bank FSB c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 15.64% to Claim #00004 | 7100-000 | | 640.61 | 2,407.34 |
| *01/29/2019 | 51008 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 15.64% to Claim #00005 | 7100-004 | | 440.40 | 1,966.94 |
| 01/29/2019 | 51009 | Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Disb of 15.64% to Claim #00006 | 7100-000 | | 400.89 | 1,566.05 |
| | | | Page Subtotals | | 0.00 | 6,505.92 | |

**Exhibit 9**

FORM 2

Document Page 13 of 14

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 17-07721 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** Sahagun, Fernando | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5625 Checking Account |
| **Taxpayer ID No:** **-***6518 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/12/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *01/29/2019 | 51010 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Disb of 15.64% to Claim #00007 | 7100-004 | | 898.05 | 668.00 |
| 01/29/2019 | 51011 | COMENITY CAPITAL BANK C/O Weinstein & Riley P.S. 2001 Western Ave Ste 400 Seattle, WA 98121 | Disb of 15.64% to Claim #00008 | 7100-000 | | 668.00 | 0.00 |
| *03/22/2019 | | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Stop Payment on Check 51008 | 7100-004 | | (440.40) | 440.40 |
| *03/22/2019 | | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Stop Payment on Check 51010 | 7100-004 | | (898.05) | 1,338.45 |
| 03/26/2019 | 51012 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC PO Box 41031 Norfolk, VA 23541 | Disb of 15.64% to claim 5, replaces ck 51008 | 7100-000 | | 440.40 | 898.05 |
| | | | Page Subtotals | | 0.00 | 668.00 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07721 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Sahagun, Fernando | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5625 Checking Account |
| Taxpayer ID No: | **-***6518 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/12/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/26/2019 | 51013 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk, VA 23541 | Disb of 15.64% to claim 7, replaces ck 51010 | 7100-000 | | 898.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | Page Subtotals | 0.00 | 898.05 |

| | | Deposits | Disbursements |
|---|---|---|---|
| COLUMN TOTALS | | 9,999.92 | 9,999.92 |
| Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| SUBTOTALS | | 9,999.92 | 9,999.92 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 9,999.92 | 9,999.92 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 9,999.92 | |
| All Accounts Gross Disbursements: | 9,999.92 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5625 Checking Account | 9,999.92 | 9,999.92 | |
| Net Totals | 9,999.92 | 9,999.92 | 0.00 |

**Exhibit 9**